B21 (Official Form 21) (12/07)

STATEMENT OF SOCIAL SECURITY NUMBER(S) OR
INDIVIDUAL TAXPAYER IDENTIFICATION NUMBER (ITIN)

# United States Bankruptcy Court
## District of Arizona

In re CUISINE BY BRIAN, LLC,
dba MADELYN'S RESTAURANT AND WINE BAR

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*
                    Debtor

Address 35915 N. 34th Lane
PHoenix, AZ 85086

Last four digits of Social Security or Individual Taxpayer Indentification (ITIN) No(s)., (if any): _____

Employer Tax Identification (EIN) No(s). (if any) 20-3148192

Case No. _____

Chapter 7

## STATEMENT OF SOCIAL SECURITY NUMBER(S)
*(or other Individual Taxpayer Identification Number(s) (ITIN(s)))*

1. Name of Debtor (Last, First, Middle): CUISINE BY BRIAN, LLC
*(Check the appropriate box and, if applicable, provide the required information.)*

- [ ] Debtor has a Social Security Number and it is :_____
    *(If more than one, state all.)*
- [x] Debtor does not have a Social Security Number but has an Individual Taxpayer Identification Number (ITIN), and it is :_____
    *(If more than one, state all.)*
- [ ] Debtor does not have either a Social Security Number or an Individual Taxpayer Identification Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle):_____
*(Check the appropriate box and, if applicable, provide the required information.)*

- [ ] Joint Debtor has a Social Security Number and it is :_____
    *(If more than one, state all.)*
- [ ] Joint Debtor does not have a Social Security Number but has an Individual Taxpayer Identification Number (ITIN), and it is :_____
    *(If more than one, state all.)*
- [ ] Joint Debtor does not have either a Social Security Number or an Individual Taxpayer Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X _____  March 5, 2009
    Signature of Debtor            Date

X _____
    Signature of Joint Debtor            Date

*Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-731 - 30576