# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

In re CUISINE BY BRIAN, LLC            Case No. _____
_____
       **Debtor**                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | Total | 0.00 |

(Report also on Summary of Schedules.)

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

In re __CUISINE BY BRIAN, LLC_____     Case No. _____
          **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposit for rent<br>The Barclay Group | | 7,977.04 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

In re   CUISINE BY BRIAN, LLC                                      Case No. _____
_____                                         _____
              **Debtor**                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 GMC Yukon debtors residence | | 30,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Printer (2 years old), Computer (10 years old) | | 150.00 |

In re    CUISINE BY BRIAN, LLC                                     Case No. _____
_____
          **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | debtors residence | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Restaurant Equipment, signage and Furniture Storage Unit & Barclay | | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Surety Bond Number: 6453939-0000- status unknown Bond Number: 6453939-0000 Safeco PO Box 11223 Tacoma, WA 98411-0223 | | Unknown |

                              ____0____    continuation sheets attached    Total    | S    39,127.04 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re CUISINE BY BRIAN, LLC
_____
Debtor

Case No. _____
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

B6D (Official Form 6D) (12/07)

In re __CUISINE BY BRIAN, LLC_____,          Case No. _____
                      **Debtor**                                                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor." include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

[ ] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Barclay Group <br> 7702 E. double Tree Ranch Rd. <br> Scottsdale , AZ 85258 | X | | Incurred: 2007/2008 <br> Lien: landlord's claim <br> Security: lease of commercial property <br><br><br> VALUE $            0.00 | | | | Unknown | Unknown |
| ACCOUNT NO. 3521620-160 <br><br> Truwest Credit Union <br> 1667 North Priest <br> Tempe, AZ 85281 | | | Incurred: 06/2007 <br> Lien: PMSI in vehicle < 910 days <br> Security: 2007 GMC Yukon <br><br><br> VALUE $       30,000.00 | | | | 40,000.00 | 10,000.00 |
| ACCOUNT NO. <br><br><br><br><br> VALUE $ | | | | | | | | |

  0  continuation sheets attached

                                                       Subtotal ▶ | $ 40,000.00 | $ 10,000.00
                          (Total of this page)

                                                        Total ▶ | $ 40,000.00 | $ 10,000.00
                        (Use only on last page)

(Report also on Summary of Schedules)       (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re __CUISINE BY BRIAN, LLC_____,    Case No._____
                Debtor                                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A. B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re: _____CUISINE BY BRIAN, LLC_____,    Case No._____
                                          Debtor                                                (if known)

☐  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1
____ **continuation sheets attached**

B6E (Official Form 6E) (12/07) - Cont.

In re CUISINE BY BRIAN, LLC _____,        Case No. _____
         Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)        Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 20149363<br><br>Arizona Department Of Revenue<br>1600 West Monroe St.<br>Phoenix , AZ 85007 | X | | Incurred: 2008 | X | X | | 45,000.00 | 0.00 | 45,000.00 |
| ACCOUNT NO. 203148192<br><br>Internal Revenue Service<br>Ogden , UT 84201-0039 | X | | Incurred: 2007/2008 | X | X | | 60,000.00 | 0.00 | 60,000.00 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 105,000.00 | $ | $ |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 105,000.00 | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 0.00 | $105,000.00 |

B6F (Official Form 6F) (12/07)

In re CUISINE BY BRIAN, LLC          ,          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 15905 <br><br> Alliance Beverage Company <br> 1115 N 47th Ave <br> Phoenix, AZ 85043 | | | Incurred: 2008 <br> Consideration: product | | | | 191.32 |
| ACCOUNT NO. 71601 <br><br> Alsco <br> Po Box 20646 <br> Phoenix, AZ 85036-0644 | | | Incurred: 2008 <br> Consideration: linens | | | | 1,353.40 |
| ACCOUNT NO. 372733845191002 <br><br> American Express <br> Po Box 0001 <br> Las Angeles, CA 90096-0001 | | | Incurred: 2008 <br> Consideration: Credit card debt | | | | 10,007.61 |
| ACCOUNT NO. 372576226141009 <br><br> American Express <br> Po Box 981532 <br> El Paso, TX 79998 | | | Incurred: 05/08/2007 <br> Consideration: credit card processor | | | | 50.00 |

15  continuation sheets attached

Subtotal ▶ $  11,602.33

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re __CUISINE BY BRIAN, LLC_____,   Case No. _____
          **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3727-338451-91002 <br><br> American Express <br> Po Box 981535 <br> El Paso , TX 79998-1535 | | | Consideration: Credit card debt <br> Additional Address | | | | Notice Only |
| ACCOUNT NO. 330585250 <br><br> APS <br> 1200 W Washington <br> Phoenix , AZ 85007 | | | Incurred: 2008 <br> Consideration: utilities | | | | 3,676.58 |
| ACCOUNT NO. 330585280 <br><br> APS <br> Po Box 2906 <br> Phoenix , AZ 85062-2906 | | | Incurred: 2008 <br> Consideration: utilities | | | | Notice Only |
| ACCOUNT NO. 6534200 1 <br><br> Arizona Department Of Economic Security <br> PO Box 6028 <br> Phoenix , AZ 85005-6028 | | | Incurred: 2008 <br> Consideration: Law Suit | | | | 369.90 |
| ACCOUNT NO. Madelyn's <br><br> Arizona Solar Control <br> 21632 N 7th Ave B4 <br> Phoenix , AZ 85027 | | | Incurred: 2008 <br> Consideration: window treatment | | | | 179.00 |

Sheet no. __1__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 4,225.48

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  CUISINE BY BRIAN, LLC                                    ,          Case No. _____
_____Debtor_____                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Madelyn's <br> Arizona Vines <br> Po Box 4203 <br> Scottsdale , AZ 85261 | | | Incurred: 2008 <br> Consideration: product | | | | 300.00 |
| ACCOUNT NO.  Madelyn's <br> Aztec Herb Company <br> Po Box 15256 <br> Phoenix , AZ 85060-5256 | | | Incurred: 2008 <br> Consideration: food | | | | 1,652.16 |
| ACCOUNT NO.  923201021881 <br> Bank Midwest / Merchant Services <br> P.o Box. 6010 <br> Hagerstown , MD 21741 | | | Incurred: 12/30 /08 <br> Consideration: credit card processor | | | | 218.74 |
| ACCOUNT NO.  Madelyn's <br> Black Mesa Ranch <br> Po Box 1656 <br> Snowflake , AZ 85937 | | | Incurred: 2008 <br> Consideration: product | | | | 45.00 |
| ACCOUNT NO. <br> Brian and Heather Ford <br> 35915 N 34TH LANE <br> PHOENIX, AZ 85086 | | | Incurred: 2007-2008 <br> Consideration: personal loans | | | | Unknown |

Sheet no.  2  of 15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | Subtotal ➤ | $ | 2,215.90 |
|---|---|---|---|
|  | Total ➤ | $ |  |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  CUISINE BY BRIAN, LLC                                    ,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Cash Flow Management <br> Po Box 42407 <br> Portland , OR 97242 | | | Incurred: 2008 <br> Collection for Pacific Seafood | | | | Notice Only |
| ACCOUNT NO.  Madelyn's <br> Cave Creek Coffee Company <br> 37611 N Cane Creek Rd. Ste B <br> Cave Creek , AZ 85331 | | | Incurred: 2008 <br> Consideration: product | | | | 122.00 |
| ACCOUNT NO.  687831123/802147207 <br> Chase <br> 39516 N. Daisy Mountain Dr. <br> Anthem , AZ 85086 | | | Incurred: 2006/2008 <br> Consideration: overdraft bank account | | | | 6,100.00 |
| ACCOUNT NO.  5582508623491062/**1811O <br> Chase <br> PO Box 152958 <br> Wilmington , DE 19850-5298 | | | Incurred: 2005/2007 <br> Additional Address | | | | Notice Only |
| ACCOUNT NO.  687831123/802147207 <br> Chase / Arizona Market <br> PO Box 260180 <br> Baton - Rouge , LA 70826-0180 | | | Incurred: 2006/2008 <br> Consideration: other <br> Additional Address | | | | Notice Only |

Sheet no. 3  of 15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,222.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   CUISINE BY BRIAN, LLC                    ,          Case No. _____
_____
              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4246315122513110 /**1062 Chase Card Services/Member Servs. PO Box 94014 Palatine , IL 60094-4014 | | | Incurred: 2005/2007 Consideration: Credit card debt | | | | 23,885.17 |
| ACCOUNT NO.  670301020101287 Citi Financial 401 E Bell Rd. Ste 21 Phoenix , AZ 85022-2395 | | | Incurred: 2007 Consideration: Personal loan | | | | 6,925.35 |
| ACCOUNT NO.  670301020101287 Citi Financial. Bankruptcy Dept Po Box 140069 Irving , TX 75014-0069 | | | Incurred: 2008 Consideration: Personal loan Additional Address | | | | Notice Only |
| ACCOUNT NO.  670301020101287 Citi Financial. Bankruptcy Dept Po Box 140489 Irving , TX 75014-0489 | | | Incurred: 2008 Consideration: Personal loan Additional Address | | | | Notice Only |
| ACCOUNT NO. Commercial Recovery Corporation 9298 Central Avenue Suite 310 Minneapolis , MN 55434 | | | Incurred: 2008 Collection for Deluxe Checks | | | | Notice Only |

Sheet no.  4  of 15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                    Subtotal ▶  $      30,810.52

                                                                                     Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re __CUISINE BY BRIAN, LLC_____,        Case No. _____
                **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6753<br><br>Copperstate<br>7725 Eevans Rd.<br>Scottsdale , AZ 85260 | | | Incurred: 2008<br>Consideration: services | | | | 90.00 |
| ACCOUNT NO. 4182<br><br>Corporate Collections<br>Po Box 2882<br>Scottsdale , AZ 85252 | | | Collection for Republic National | | | | Notice Only |
| ACCOUNT NO. 938470<br><br>Crescent Crown Distributing<br>402 S 54th Place<br>Phoenix , AZ 85034 | | | Incurred: 2008<br>Consideration: product | | | | 125.00 |
| ACCOUNT NO. Cuisine by Brian LLC<br><br>Davis Miles<br>Po Box 15070<br>Mesa , AZ 85211 | | | Incurred: 2008<br>Consideration: lawyer fees | | | | 164.32 |
| ACCOUNT NO. 689917301<br><br>Deluxe Checks<br>Po Box 742572<br>Cincinnati , OH 45274-2572 | | | Incurred: 2008<br>Consideration: product | | | | 134.29 |

Sheet no. _5_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $     513.61

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re CUISINE BY BRIAN, LLC _____,   Case No. _____
                **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 27082<br>European Imports<br>5445 West Missouri Ave<br>Phoenix, AZ 85301 | | | Incurred: 2007/2008<br>Consideration: product | | | | 1,865.99 |
| ACCOUNT NO. Madelyn's<br>Firecreek Coffee Company<br>6501 E Cave Creek Road Cabin #8<br>Cave Creek, AZ 85331 | | | Incurred: 2008<br>Consideration: product | | | | 200.00 |
| ACCOUNT NO. 015-1065127-001<br>Flagship Bank<br>445 E Lake Street<br>Wayzata, MN 98671 | | | additional address | | | | Notice Only |
| ACCOUNT NO. 015-1065127-001<br>Flagship Credit Services, LLC<br>2005 Market Street 15th Floor<br>Philadelphia, PA 19103 | | | Incurred: 2006<br>Consideration: equipment lease | | | | 51,000.00 |
| ACCOUNT NO. Cuisine by Brian LLC<br>Fleetwood Financial<br>1001 Durham, Ave<br>South Plainfield, NJ 07080 | | | Incurred: 2006<br>Consideration: lease - equipment | | | | 1,998.76 |

Sheet no. 6 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 55,064.75

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re __CUISINE BY BRIAN, LLC_____,        Case No. _____
              **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   Madelyn's<br><br>Foods In Season<br>Po Box 423<br>Washougal . WA 98671 | | | Incurred: 2008<br>Consideration: product | | | | 216.15 |
| ACCOUNT NO.<br><br>FRED DIQUATTRO<br>35915 N 34TH LANE<br>3 PHOENIX. AZ 85086 | | | Incurred: 2006<br>partner in LLC | | | | Notice Only |
| ACCOUNT NO.<br><br>Gregory D. D'antonio Law Group<br>Po Box 43306<br>Tuscon . AZ 85733-3306 | | | Incurred: 2008<br>Collection for Shamrock Foods | | | | Notice Only |
| ACCOUNT NO.   #447 Cuisine by Brian LLC<br><br>Greystone & Co. Inc 60th Floor<br>152 West 57th Street<br>New York . NY 10019 | | | Incurred: 2007<br>Additional Address | | | | Notice Only |
| ACCOUNT NO.   #447 Cuisine by Brian LLC<br><br>Greystone Business Resources<br>Suite 130, 665 Molly Lane<br>Woodstock . GA 30189 | | | Incurred: 2007<br>Consideration: Personal loan | | | | 20,000.00 |

Sheet no. _7_ of _15_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $     20,216.15

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re CUISINE BY BRIAN, LLC , Case No. _____
     _____
     **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 243238<br>High Peaks<br>Po Box 7150<br>Phoenix, AZ 85011-7150 | | | Incurred: 2008<br>Consideration: product and service | | | | 459.10 |
| ACCOUNT NO. Madelyn's<br>Honeymoon Sweets<br>606 W Southern Ave<br>Tempe, AZ 85282 | | | Incurred: 2008<br>Consideration: product | | | | 360.45 |
| ACCOUNT NO.<br>LINDA BUATI<br>35915 N 34TH LANE<br>6 PHOENIX, AZ 85086 | | | Incurred: 2006<br>partner in LLC | | | | Notice Only |
| ACCOUNT NO. Madelyn's<br>Lion Tree Communications<br>37001 Wanthem Way<br>Anthem, AZ 85086 | | | Incurred: 2008<br>Consideration: advertising | | | | 750.00 |
| ACCOUNT NO.<br>Maria Dziergowski<br>219 Otis Ave<br>Staten Island, NY 10306 | | | Incurred: 2008<br>Consideration: personal loan | | | | 30,000.00 |

Sheet no. 8 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 31,569.55

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __CUISINE BY BRIAN, LLC_____,   Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> MARIA DZIERGOWSKI <br> 35915 N 34TH LANE <br> 5 PHOENIX, AZ 85086 | | | Incurred: 2006 <br> partner in LLC | | | | Notice Only |
| ACCOUNT NO. 407793 <br> Marlin Leasing <br> P.o.box 13604 <br> Philadelphia , PA 19101-3604 | | | Incurred: 12/30/08 <br> Consideration: lease of equipment | | | | 98.19 |
| ACCOUNT NO. Madelyn's Restaurant <br> Maya's Farm <br> 2713 N 8th Street <br> Phoenix , AZ 85006 | | | Incurred: 11/30 2008 <br> Consideration: food | | | | 45.00 |
| ACCOUNT NO. Madelyn's Restaurant <br> Mount Hope Wholesale <br> 853 South Main Street <br> Cottonwood , AZ 86326 | | | Incurred: 11/30/08 <br> Consideration: food | | | | 340.19 |
| ACCOUNT NO. Madelyn's Restaurant <br> Mr Sheen Window Cleaning <br> 41019 N Congressional Dr <br> Anthem , AZ 85086 | | | Incurred: 12/2008 <br> Consideration: services | | | | 100.00 |

Sheet no. 9 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 583.38

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re ___CUISINE BY BRIAN, LLC_____,       Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10346<br><br>Muzac<br>3318 Lakemont Blvd<br>Fort Mill , SC 29708 | | | Incurred: Nov-2008<br>Consideration: equipment and services | | | | 1,110.23 |
| ACCOUNT NO. 1550<br><br>Pacific Seafood<br>2311 E Jones Rd<br>Phoenix , AZ 85040 | | | Incurred: 2008<br>Consideration: product | | | | 790.25 |
| ACCOUNT NO. 0075-kp48<br><br>Paychex Suite 240<br>16404 N. Black Canyon Hwy Ste 240<br>Phoenix , AZ 85053 | | | Incurred: 2008<br>Consideration: services | | | | 400.00 |
| ACCOUNT NO. Madely/ooooo<br><br>Peddler And Sons Produce Company<br>214 S 14th Street<br>Phoenix , AZ 85034 | | | Incurred: 12/2008<br>Consideration: product | | | | 3,000.00 |
| ACCOUNT NO. 468075<br><br>Phoenix Welding<br>701 South 7th Street<br>Phoenix , AZ 85034 | | | Incurred: 2008<br>Consideration: services | | | | 41.64 |

Sheet no. __10__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      5,342.12

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re CUISINE BY BRIAN, LLC                                   ,          Case No. _____
_____
        **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 221006<br><br>Phone Directories Company<br>P.o. Box 2277<br>Orem , UT 84059-2277 | | | Incurred: 2008<br>Consideration: advertising | | | | 495.99 |
| ACCOUNT NO.<br><br>Public Storage<br>1954 W Union Hills Dr, Phoenix<br>Phoenix, AZ 85027 | | | Incurred: 2009<br>storage unit | | | | Notice Only |
| ACCOUNT NO. MAD<br><br>Quail Distributing<br>21241 N 23rd Ave, Ste 19<br>Phoenix , AZ 85027 | | | Incurred: 12/19/2008<br>Consideration: product | | | | 919.88 |
| ACCOUNT NO. 6235516800<br><br>Qwest<br>PO Box 29039<br>Phoenix , AZ 85038-9039 | | | Incurred: 2008<br>Consideration: services | | | | 610.92 |
| ACCOUNT NO. 500150<br><br>Reed Paper Company<br>21430 N 15th Lane<br>Phoenix , AZ 85027 | | | Incurred: 12/2008<br>Consideration: product | | | | 922.01 |

Sheet no. 11 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 2,948.80

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __CUISINE BY BRIAN, LLC_____,  Case No. _____
      **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4182<br>Republic National<br>624 N. 44th Ave<br>Phoenix, AZ 85043 | | | Incurred: 12/2008<br>Consideration: product | | | | 168.56 |
| ACCOUNT NO. Bond Number: 6453939-0000<br>Safeco<br>1001 4th Ave. Suite 1700<br>Seattle, WA 98154 | | | surety bond | | | | Notice Only |
| ACCOUNT NO. Madelyn's<br>Security Control Consultants<br>6611-5 W Peoria Ave Box 104<br>Glendale, AZ 85302 | | | Incurred: 2008<br>Consideration: security | | | | 75.00 |
| ACCOUNT NO. 7776<br>Shamrock Foods<br>Po Box 52408<br>Phoenix, AZ 85072 | | | Incurred: 2008<br>Consideration: product | | | | 7,151.67 |
| ACCOUNT NO. Madelyn's<br>Shelly Langston Inc.<br>42135 N Golf Crest Rd<br>Anthem, AR 85086 | | | Incurred: 2008<br>Consideration: advertising | | | | 300.00 |

Sheet no. 12 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 7,695.23

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  CUISINE BY BRIAN, LLC                           ,     Case No. _____
_____
           Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  21448 <br><br> Southern Wine And Spirits <br> 2375 S 45th Ave <br> Phoenix, AZ 85043 | | | Incurred: 2008 <br> Consideration: product | | | | 171.44 |
| ACCOUNT NO.  421-7277066-002 <br><br> Southwest Gas <br> 10851 N Black Canyon Highway <br> Phoenix, AZ 85029 | | | Incurred: 2008 <br> Consideration: utilities | | | | 1,939.22 |
| ACCOUNT NO.  161781 <br><br> Standard Restaurant Supply <br> 2922 E Mcdowell Rd <br> Phoenix, AZ 85008 | | | Incurred: 2008 <br> Consideration: equipment | | | | 453.09 |
| ACCOUNT NO. <br><br> STEPHANIE DIQUATTRO <br> 35915 N 34TH LANE <br> 4 PHOENIX, AZ 85086 | | | Incurred: 2006 <br> partner in LLC | | | | Notice Only |
| ACCOUNT NO. <br><br> Stephen D. Burton & Associates <br> 5450 E. 5th Street <br> Tuscon, AZ 85711 | | | Incurred: 2008 <br> Collection for Sysco Foods | | | | Notice Only |

Sheet no.  13  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    2,563.75

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re CUISINE BY BRIAN, LLC _____,    Case No. _____
                 Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 47370<br>Stern Produce<br>3200 S 7th Street<br>Phoenix , AZ 85040 | | | Incurred: 2007<br>Consideration: product | | | | 426.70 |
| ACCOUNT NO. 661066<br>Sysco Foods<br>Po Box 23430<br>Phoenix , AZ 85063-9959 | | | Incurred: 2008<br>Consideration: product | | | | 13,092.00 |
| ACCOUNT NO. Madelyn's<br>Unique Electric<br>6740 W Deer Valley Rd Ste D-107<br>Glendale , AZ 85310-5953 | | | Incurred: 2008<br>Consideration: services | | | | 600.00 |
| ACCOUNT NO. Madelyn's<br>Uptowne Dj<br>39915 N Long Ct.<br>Anthem , AZ 85086 | | | Incurred: 2008<br>Consideration: services | | | | 100.00 |
| ACCOUNT NO. b108956<br>Valley Of The Sun<br>Po Box 29165<br>Phoenix , AZ 85038-2916 | | | Incurred: 2008<br>Consideration: products | | | | 329.08 |

Sheet no. 14 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 14,547.78

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  CUISINE BY BRIAN, LLC _____ ,        Case No. _____
                    **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Made001 <br><br> Wildflower Bread Company <br> 7755 E Gray Rd. <br> Scottsdale , AZ 85260 | | | Incurred: 2008 <br> Consideration: product | | | | 1,985.12 |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |

Sheet no.  15  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                               Subtotal ▶  $  1,985.12

                                  Total ▶  $  198,106.47

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   CUISINE BY BRIAN, LLC
_____          Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Fleetwood Financial 1001 Durham, Ave South Plainfield , NJ 07080 | equipment |
| Flagship Credit Services, LLC 2005 Market Street 15th Floor Philadelphia , PA 19103 | equipment least |
| Barclay Group 7702 E .double Tree Ranch Rd. Scottsdale , AZ 85258 | commercial property Lease on nonresidential real property |
| Marlin Leasing P.o.box 13604 Philadelphia , PA 19101-3604 | equipment lease |
|  |  |
|  |  |

B6H (Official Form 6H) (12/07)

In re   CUISINE BY BRIAN, LLC                                    Case No. _____
                    **Debtor**                                                        **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Brian and Heather Ford<br>1588 Locust Street<br>Denver CO  80220 | Barclay Group<br>7702 E .double Tree Ranch Rd.<br>Scottsdale , AZ 85258 |
| Brian and Heather Ford<br>1588 Locust Street<br>Denver CO  80220 | Shamrock Foods<br>Po Box 52408<br>Phoenix , AZ 85072 |
| Brian and Heather Ford<br>1588 Locust Street<br>Denver CO  80220 | Sysco Foods<br>Po Box 23430<br>Phoenix , AZ 85063-9959 |

# United States Bankruptcy Court
### District of Arizona

In re    CUISINE BY BRIAN, LLC        Case No. _____

                 Debtor

                                                   Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 39,127.04 | | |
| C - Property Claimed as exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 40,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 105,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $ 198,106.47 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| **TOTAL** | | 27 | $ 39,127.04 | $ 343,106.47 | |

# United States Bankruptcy Court
### District of Arizona

In re   CUISINE BY BRIAN, LLC

                Debtor

Case No. _____

Chapter    7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

CUISINE BY BRIAN, LLC

In re _____     Case No. _____
                    **Debtor**                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                    Debtor:

Date _____     Signature: _____
                                                    (Joint Debtor, if any)

                                    [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the member _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **CUISINE BY BRIAN, LLC** [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __28__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ____ March 5, 2009 _____     Signature: _[signature]_____

                                                    HEATHER FORD
                                          [Print or type name of individual signing on behalf of debtor.]

*[ An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.